IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NELSON CRAIG CONOVER,

        Plaintiff,                  Civil No. 05-1952-HU

vs.

                                       ORDER

INTEL, et al.,

        Defendants.

REDDEN, Judge:

      Magistrate Judge Hubel filed his Findings and Recommendation on January 26, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (8th Cir. 1983); see also, Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1  -  ORDER

Accordingly, I ADOPT the Magistrate's Findings and Recommendation (doc. 12) that the motion to proceed *in forma pauperis* be granted, but that the action be dismissed with prejudice and all other pending motions denied as moot.

IT IS SO ORDERED.

Dated this 28th day of February, 2006.

      /S/ James A. Redden
      James A. Redden
      Senior U.S. District Judge